STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7164
Facsimile: (415) 436-7234
jevechius.bernardoni@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES FORSYTH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 21-cv-04277-SK<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Jevechius D. Bernardoni, Assistant United States Attorney, as counsel for defendant, the United States of America ("Defendant"), and to withdraw the appearance of Sarah Schuh Quist, the Assistant United States Attorney who was formerly assigned to represent Defendant.

1     The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to Jevechius D. Bernardoni at the following contact information:

    JEVECHIUS D. BERNARDONI (CABN 281892)
    Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7164
    Facsimile:  (415) 436-7234
    jevechius.bernardoni@usdoj.gov

DATED: June 17, 2021                  Respectfully submitted,

                                                     STEPHANIE M. HINDS
                                                     Acting United States Attorney

                                                     */s/ Jevechius D. Bernardoni*
                                                     JEVECHIUS D. BERNARDONI
                                                     Assistant United States Attorney

                                                    Attorneys for Defendant
                                                    United States of America

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 21-cv-04277-SK