UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORSYTH,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 21-cv-04277-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 43 |

On December 7, 2021, Defendant filed a motion to dismiss. Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by December 21, 2021. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than January 14, 2022 why the Court should not dismiss his claims for lack of prosecution or grant Defendants' motion as unopposed.

If Plaintiff seeks to file an untimely opposition brief, he must submit a request to do so showing good cause for his failure to comply with the deadline required by the Local Rules, and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by January 14, 2022, the Court will grant Defendant's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

The Court VACATES the hearing on the motion to dismiss currently scheduled on January 24, 2022 and will reset it at a later date, if necessary.

**IT IS SO ORDERED**.

Dated: January 3, 2021

                _____
                SALLIE KIM
                United States Magistrate Judge